UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - v. - | : | 23 Cr. 49 (RA) |
| CHARLES GUY,<br>    a/k/a "Billy Guy," | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER ACCEPTING THE PLEA ALLOCUTION
BEFORE A UNITED STATES MAGISTRATE JUDGE**

Abrams, J.:

   On January 30, 2023, United States Magistrate Judge Jennifer E. Willis, presided over the plea allocution in the above captioned matter and reported and recommended that the named defendant's plea of guilty be accepted.  The Court having reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record, finds that the plea accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure.  Accordingly, the Court adjudges the defendant guilty of the offense to which the gui1ty plea was offered.  The Clerk is directed to enter the plea.  The sentence is scheduled for April 28, 2023 at 2:30 p.m.

Dated: New York, New York
       February 13, 2023

_____
HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK